# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 19-41293 | Trustee Name: | Douglas S. Ellmann |
|---|---|---|---|
| Case Name: | MOTOR CITY HOSPITAL & SURGICAL SUPPLY, INC. | Date Filed (f) or Converted (c): | 01/30/2019 (f) |
| For the Period Ending: | 09/30/2022 | §341(a) Meeting Date: | 02/27/2019 |
| | | Claims Bar Date: | 05/14/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1. Cash checking account at Comerica Bank. Account currently is controlled by Court appointed Receiver. Debtor does not have access to bank account(s). Balance in account is unknown. Checking account | Unknown | $0.00 | | $0.00 | FA |
| 2. Security Deposit with Landlord. | $3,250.00 | $0.00 | | $0.00 | FA |
| 3. Accounts receivable 11a. 90 days old or less: face amount 500,000.00 - doubtful or uncollectible accounts 0.00=$500,000.00 | $500,000.00 | $15,000.00 | | $9,119.12 | $5,880.88 |
| 4. Accounts receivable 11b. Over 90 days old: face amount 600,000.00 - doubtful or uncollectible accounts600,000.00 = Unknown | Unknown | $0.00 | | $0.00 | FA |
| 5. See Attachment-Itemized Inventory prepared by Warehouse Manager. Inventory may not include equipment in storage facilities in Saginaw and Battle Creek, MI, or equipment in patient's possession. 2018 Unknown N/A | $62,756.74 | $0.00 | OA | $0.00 | FA |
| 6. Office Furniture and related property. Estimated value Unknown N/A | $3,000.00 | $0.00 | OA | $0.00 | FA |
| 7. Office equipment, computers, communication devices and related items. Estimated value Unknown N/A | $7,500.00 | $0.00 | OA | $0.00 | FA |
| 8. 2010 Chevrolet Express Van Other Information: 2010 Chevrolet Express Van (VIN 1GCZxxxx8115) No secured interest on record | $3,000.00 | $500.00 | | $1,206.32 | FA |
| 9. 2013 Ram Van Cargo Other Information: 2013 Ram Van Cargo sta-wagon (VIN 2C4Jxxxx6399) | $3,000.00 | $500.00 | | $418.50 | FA |
| 10. 2013 Chevrolet Express Van Other Information: 2013 Chevrolet Express Van (VIN 1GCSxxxx5559) Jointly owned by Motor City Hosp & Surgical Supply and Kevin Druzinski | $3,500.00 | $500.00 | | $1,206.32 | FA |
| 11. 2016 GMC Savana Van Other Information: 2016 GMC Savana Van (VIN 1GTWxxxx7456) | $10,000.00 | $500.00 | | $2,412.59 | FA |

| Case No.: | 19-41293 | | | Trustee Name: | Douglas S. Ellmann |
|---|---|---|---|---|---|
| Case Name: | MOTOR CITY HOSPITAL & SURGICAL SUPPLY, INC. | | | Date Filed (f) or Converted (c): | 01/30/2019 (f) |
| For the Period Ending: | 09/30/2022 | | | §341(a) Meeting Date: | 02/27/2019 |
| | | | | Claims Bar Date: | 05/14/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 12  1999 Dodge Caravan Other Information: 1999 Dodge Caravan Sta-wagon (VIN 1B4Gxxxx3380) (no secured interest on record) | $1,700.00 | $400.00 | | $0.00 | FA |
| 13  2015 Jeep Sta-wagon Other Information: 2015 Jeep Sta-wagon (VIN 1C4Nxxxx1697) Owned by Motor City Hospital and Surgical Supply and Kevin Edward Druzinski | $5,000.00 | $700.00 | | $0.00 | FA |
| 14  2015 Chevrolet Express Van Other Information: 2015 Chevrolet Express Van (VIN 1GCWxxx1202) | $9,000.00 | $700.00 | | $1,206.32 | FA |
| 15  2016 GMC Savana van Other Information: 2016 GMC Savana van (VIN 1GTWxxxx3050) | $9,000.00 | $700.00 | | $0.00 | FA |
| 16  2018 Buick Encore station wagon Other Information: 2018 Buick Encore station wagon (VIN KL4Cxxxx2777) Jointly owned by Motor City Hospital and Surgical Supply and Kevin Edward Druzinski | $19,000.00 | $1,000.00 | | $0.00 | FA |
| 17  2014 Chevrolet Express Van Other Information: 2014 Chevrolet Express Van (VIN 1GCSxxxx5715) Jointly owned by Motor City Hospital and Surgical Supply and Kevin Edward Druzinski (paid in full 7/11/2018) | $6,000.00 | $500.00 | | $1,206.32 | FA |
| 18  Racks and shelving. Unknown N/A | Unknown | $0.00 | OA | $0.00 | FA |
| 19  Transfill Station. Value is estimated Unknown N/A | $28,000.00 | $0.00 | OA | $0.00 | FA |
| 20  Web Site $0.00 | $0.00 | $0.00 | | $0.00 | FA |
| 21  Customer List and Mailing List $0.00 | $0.00 | $0.00 | | $0.00 | FA |
| 22  2010 Dodge Caravan VIN ending 2003  (u) | $0.00 | $418.50 | | $418.50 | FA |

**TOTALS (Excluding unknown value)**     $673,706.74     $21,418.50     $17,193.99     **Gross Value of Remaining Asset**     $5,880.88

**Major Activities affecting case closing:**

10/04/2022     collection of receivables; asked M. Stevenson re abaondonment is in order given size of receivables monthly

| Case No.: | 19-41293 | | | Trustee Name: | Douglas S. Ellmann |
| --- | --- | --- | --- | --- | --- |
| Case Name: | MOTOR CITY HOSPITAL & SURGICAL SUPPLY, INC. | | | Date Filed (f) or Converted (c): | 01/30/2019 (f) |
| For the Period Ending: | 09/30/2022 | | | §341(a) Meeting Date: | 02/27/2019 |
| | | | | Claims Bar Date: | 05/14/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
| --- | --- |
| 07/19/2022 | collection of receivables; correspondence regarding same to client as to any further action |
| 07/19/2022 | correspondence to E. Hassan, Esq. as to whether we should abandon assets to close the case |
| 09/30/2021 | THE TRUSTEE IS STILL COLLECTING RECEIVABLES |
| 03/31/2021 | THE TRUSTEE IS STILL COLLECTING RECEIVABLES |
| 09/30/2020 | THE TRUSTEE IS STILL COLLECTING RECEIVABLES |
| 03/30/2020 | THE TRUSTEE IS STILL COLLECTING RECEIVABLES |
| 09/30/2019 | THE TRUSTEE HAS FILED A MOTION TO SELL TWO MORE VEHICLES OWNED BY MOTOR CITY. HE IS WAITING FOR APPROVAL FROM THE COURT. RECIEVABLES ARE STILL BEING COLLECTED |
| 03/31/2019 | THE TRUSTEE IS INVESTIGATING THE SALE OF VEHICLE'S OWNED BY THE DEBTOR. THE TRUSTEE HAS ALSO BEGUN COLLECTING THE RECEIVABLES |

| Initial Projected Date Of Final Report (TFR): | 06/30/2020 | Current Projected Date Of Final Report (TFR): | 12/30/2022 | /s/ DOUGLAS S. ELLMANN |
| --- | --- | --- | --- | --- |
| | | | | DOUGLAS S. ELLMANN |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| | |
|---|---|
| **Case No.** | 19-41293 |
| **Case Name:** | MOTOR CITY HOSPITAL & SURGICAL SUPPLY, INC. |
| **Primary Taxpayer ID #:** | **-***8043 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 10/01/2021 |
| **For Period Ending:** | 09/30/2022 |

| | |
|---|---|
| **Trustee Name:** | Douglas S. Ellmann |
| **Bank Name:** | Pinnacle Bank |
| **Checking Acct #:** | ******0066 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $2,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/20/2019 | (3) | Priority Health | Collection of Accounts Receivable | | 1121-000 | $1.27 | | $1.27 |
| 02/20/2019 | (3) | Tricaare Payment, Wisconson Physicians Service | Collection of Accounts Receivable | | 1121-000 | $2.08 | | $3.35 |
| 02/20/2019 | (3) | Norma & Donald Rollet | Collection of Accounts Receivable | | 1121-000 | $27.27 | | $30.62 |
| 02/20/2019 | (3) | MI Complete Health Inc. | Collection of Accounts Receivable | | 1121-000 | $17.41 | | $48.03 |
| 02/20/2019 | (3) | United American Insurance Comapny | Collection of Accounts Receivable | | 1121-000 | $12.81 | | $60.84 |
| 02/20/2019 | (3) | BcBS of Alabama | Collection of Accounts Receivable | | 1121-000 | $4.65 | | $65.49 |
| 02/20/2019 | (3) | Community Care Associates, Inc. | Collection of Accounts Receivable | | 1121-000 | $90.58 | | $156.07 |
| 02/20/2019 | (3) | Lisa Gleeson | Collection of Accounts Receivable | | 1121-000 | $25.00 | | $181.07 |
| 02/20/2019 | (3) | United Of Omaha Life Insurance Company | Collection of Accounts Receivable | | 1121-000 | $0.55 | | $181.62 |
| 02/20/2019 | (3) | Humana | Collection of Accounts Receivable | | 1121-000 | $82.02 | | $263.64 |
| 02/20/2019 | (3) | AmeriHealth Caritas | Collection of Accounts Receivable | | 1121-000 | $20.93 | | $284.57 |
| 03/15/2019 | (3) | Comerica Bank | Collection of Accounts Receivable | | 1121-000 | $188.48 | | $473.05 |
| 05/13/2019 | (3) | Merchants Medical | Collection of Accounts Receivable | | 1121-000 | $439.04 | | $912.09 |
| 06/28/2019 | | Motor City Vehicle Finance LLC | Purchase of 6 (Six) Vans P/O 6/4/19 | | * | $7,237.87 | | $8,149.96 |
| | {14} | | Purchase of 6 (Six) Vans P/O 6/4/19 | $1,206.32 | 1129-000 | | | $8,149.96 |
| | {17} | | Purchase of 6 (Six) Vans P/O 6/4/19 | $1,206.32 | 1129-000 | | | $8,149.96 |
| | {11} | | Purchase of 6 (Six) Vans P/O 6/4/19 | $1,206.32 | 1129-000 | | | $8,149.96 |
| | {8} | | Purchase of 6 (Six) Vans P/O 6/4/19 | $1,206.32 | 1129-000 | | | $8,149.96 |
| | {10} | | Purchase of 6 (Six) Vans P/O 6/4/19 | $1,206.32 | 1129-000 | | | $8,149.96 |
| | {11} | | Purchase of 6 (Six) Vans P/O 6/4/19 | $1,206.27 | 1129-000 | | | $8,149.96 |
| 07/05/2019 | 3001 | TIMOTHY J MILLER, TRUSTEE | Payment To The Estate of Kevin Edward Druzinski Case # 19-46404, For 1/2 Interest in 2 Vans, P/O 6/4/19 | | 8500-002 | | $1,050.00 | $7,099.96 |
| 07/15/2019 | (3) | Merchants & Medical | Collection of Accounts Receivable | | 1121-000 | $407.19 | | $7,507.15 |

| | SUBTOTALS | $8,557.15 | $1,050.00 |
|---|---|---|---|

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2

| | |
|---|---|
| **Case No.** | 19-41293 |
| **Case Name:** | MOTOR CITY HOSPITAL & SURGICAL SUPPLY, INC. |
| **Primary Taxpayer ID #:** | **-***8043 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 10/01/2021 |
| **For Period Ending:** | 09/30/2022 |

| | |
|---|---|
| **Trustee Name:** | Douglas S. Ellmann |
| **Bank Name:** | Pinnacle Bank |
| **Checking Acct #:** | ******0066 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $2,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/31/2019 | (3) | Motor City Hospital & Surgical Supply/Fred Dery Trustee | Collection of Account Receivables in Chase Bank Account | 1121-000 | $3,800.00 | | $11,307.15 |
| 10/25/2019 | (3) | Chrysler Capital | Collection of Accounts Receivable | 1121-000 | $1,233.30 | | $12,540.45 |
| 11/13/2019 | | Motor City Vehicle Finance LLC | Sale of Vehicles P/O 10/18/19 | * | $837.00 | | $13,377.45 |
| | {9} | | 2013 Ram Van $418.50 | 1129-000 | | | $13,377.45 |
| | {22} | | 2013 Dodge Caravan $418.50 | 1229-000 | | | $13,377.45 |
| 11/20/2019 | (3) | Merchants & Medical Credit Corp. | Collection of Accounts Receivable | 1121-000 | $132.50 | | $13,509.95 |
| 11/27/2019 | 3002 | Commercial Collection Consultants | Expenses For Collection Consultants P/O 11/27/19 Invoice # 072401-MCHSS and 083002-MCHSS | 2990-000 | | $900.00 | $12,609.95 |
| 01/08/2020 | 3003 | Insuarance Partners Agency, Inc. | Bond Premium Payment Invoice # 385999 | 2300-000 | | $5.37 | $12,604.58 |
| 01/23/2020 | (3) | Motor City Hospital & Surgical Supply | Collection of Account Receivables in Chase Bank Account | 1121-000 | $979.84 | | $13,584.42 |
| 03/16/2020 | (3) | Blue Care Netwrok Of Michigan | Collection of Accounts Receivable | 1121-000 | $255.84 | | $13,840.26 |
| 07/30/2020 | (3) | Merchants Medical | Collection of Accounts Receivable | 1121-000 | $217.01 | | $14,057.27 |
| 07/31/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $242.66 | $13,814.61 |
| 08/03/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | ($242.66) | $14,057.27 |
| 08/03/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $19.91 | $14,037.36 |
| 08/31/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $20.86 | $14,016.50 |
| 09/30/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $20.16 | $13,996.34 |
| 10/30/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $20.80 | $13,975.54 |
| 11/02/2020 | (3) | Merchants & Medical | Collection of Accounts Receivable | 1121-000 | $203.30 | | $14,178.84 |
| 11/19/2020 | (3) | Merchants Medical | Collection of Accounts Receivable | 1121-000 | $230.96 | | $14,409.80 |
| 11/30/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $20.53 | $14,389.27 |
| 12/03/2020 | 3004 | Insurance Partners Agency, Inc. | Bond Premium Payment | 2300-000 | | $3.45 | $14,385.82 |
| 12/28/2020 | (3) | Merchants & Medical | Collection of Accounts Receivable | 1121-000 | $42.49 | | $14,428.31 |
| 12/31/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $21.39 | $14,406.92 |

**SUBTOTALS** $7,932.24 $1,032.47

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3

| Case No. | 19-41293 | Trustee Name: | Douglas S. Ellmann |
|---|---|---|---|
| Case Name: | MOTOR CITY HOSPITAL & SURGICAL SUPPLY, INC. | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***8043 | Checking Acct #: | ******0066 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/01/2021 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 09/30/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/29/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $21.41 | $14,385.51 |
| 02/26/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $19.31 | $14,366.20 |
| 03/31/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $21.35 | $14,344.85 |
| 04/01/2021 | (3) | Merchants Medical | Collection of Accounts Receivable | 1121-000 | $7.54 | | $14,352.39 |
| 04/30/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $20.64 | $14,331.75 |
| 05/27/2021 | (3) | Merchants & Medical Credit Corp., Inc | Collection of Accounts Receivable | 1121-000 | $72.01 | | $14,403.76 |
| 05/28/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $21.32 | $14,382.44 |
| 06/30/2021 | (3) | Merchants & Medical | Collection of Accounts Receivable | 1121-000 | $266.12 | | $14,648.56 |
| 06/30/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $20.70 | $14,627.86 |
| 07/30/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $21.74 | $14,606.12 |
| 08/23/2021 | (3) | Merchants & Medical | Collection of Accounts Receivable | 1121-000 | $38.14 | | $14,644.26 |
| 08/31/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $21.72 | $14,622.54 |
| 09/30/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $21.03 | $14,601.51 |
| 10/12/2021 | (3) | Merchants & Medical | Collection of Accounts Receivable | 1121-000 | $12.41 | | $14,613.92 |
| 10/21/2021 | (3) | Merchants & Medical | Collection of Accounts Receivable | 1121-000 | $9.31 | | $14,623.23 |
| 10/29/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $21.72 | $14,601.51 |
| 11/22/2021 | (3) | Merchants & Medical | Collection of Accounts Receivable | 1121-000 | $24.43 | | $14,625.94 |
| 11/30/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $21.01 | $14,604.93 |
| 12/30/2021 | | DOUGLAS S. ELLMANN | Funds Transferred to New Trustee | 9999-000 | | $14,604.93 | $0.00 |
| | | | | SUBTOTALS | $429.96 | $14,836.88 | |

| Case No. | 19-41293 | | Trustee Name: | Douglas S. Ellmann |
|---|---|---|---|---|
| Case Name: | MOTOR CITY HOSPITAL & SURGICAL SUPPLY, INC. | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***8043 | | Checking Acct #: | ******0066 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/01/2021 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 09/30/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $16,919.35 | $16,919.35 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $14,604.93 | |
| | | | **Subtotal** | | $16,919.35 | $2,314.42 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $16,919.35 | $2,314.42 | |

| For the period of 10/01/2021 to 09/30/2022 | | For the entire history of the account between 02/12/2019 to 9/30/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $46.15 | Total Compensable Receipts: | $16,919.35 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $46.15 | Total Comp/Non Comp Receipts: | $16,919.35 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $42.73 | Total Compensable Disbursements: | $1,264.42 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $1,050.00 |
| Total Comp/Non Comp Disbursements: | $42.73 | Total Comp/Non Comp Disbursements: | $2,314.42 |
| Total Internal/Transfer Disbursements: | $14,604.93 | Total Internal/Transfer Disbursements: | $14,604.93 |

| Case No. | 19-41293 | | Trustee Name: | Douglas S. Ellmann |
|---|---|---|---|---|
| Case Name: | MOTOR CITY HOSPITAL & SURGICAL SUPPLY, INC. | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***8043 | | Checking Acct #: | ******0163 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/01/2021 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 09/30/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/30/2021 | | Fred Dery | Funds Transferred to New Trustee | 9999-000 | $14,604.93 | | $14,604.93 |
| 01/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $21.70 | $14,583.23 |
| 02/23/2022 | (3) | Merchants & Medical | receivable | 1121-000 | $48.81 | | $14,632.04 |
| 02/23/2022 | (3) | Merchants & Medical | receivable | 1121-000 | $27.33 | | $14,659.37 |
| 02/28/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $19.59 | $14,639.78 |
| 03/13/2022 | (3) | Merchants & Medical | receivable | 1121-000 | $19.92 | | $14,659.70 |
| 03/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $21.77 | $14,637.93 |
| 04/29/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $21.05 | $14,616.88 |
| 05/23/2022 | (3) | Merchants & Medical | account receivable | 1121-000 | $7.50 | | $14,624.38 |
| 05/23/2022 | (3) | Merchants & Medical | acct receivable | 1121-000 | $7.50 | | $14,631.88 |
| 05/23/2022 | (3) | Mercants & Medical | acct receivable | 1121-000 | $7.50 | | $14,639.38 |
| 05/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $21.73 | $14,617.65 |
| 06/16/2022 | (3) | Merchants & Medical | receivable | 1121-000 | $7.50 | | $14,625.15 |
| 06/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $21.03 | $14,604.12 |
| 07/22/2022 | (3) | Merchants & Medical | acct receivable | 1121-000 | $62.22 | | $14,666.34 |
| 07/29/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $21.72 | $14,644.62 |
| 08/19/2022 | (3) | Merchants & Medical | receivables | 1121-000 | $43.18 | | $14,687.80 |
| 08/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $21.79 | $14,666.01 |
| 09/27/2022 | (3) | Merchants & Medical | receivables | 1121-000 | $43.18 | | $14,709.19 |
| 09/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $21.10 | $14,688.09 |

SUBTOTALS  $14,879.57   $191.48

| | |
|---|---|
| Case No. | 19-41293 |
| Case Name: | MOTOR CITY HOSPITAL & SURGICAL SUPPLY, INC. |
| Primary Taxpayer ID #: | **-***8043 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 10/01/2021 |
| For Period Ending: | 09/30/2022 |

| | |
|---|---|
| Trustee Name: | Douglas S. Ellmann |
| Bank Name: | Pinnacle Bank |
| Checking Acct #: | ******0163 |
| Account Title: | |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $14,879.57 | $191.48 | $14,688.09 |
| | | | **Less: Bank transfers/CDs** | | $14,604.93 | $0.00 | |
| | | | **Subtotal** | | $274.64 | $191.48 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $274.64 | $191.48 | |

| For the period of 10/01/2021 to 09/30/2022 | | For the entire history of the account between 12/22/2021 to 9/30/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $274.64 | Total Compensable Receipts: | $274.64 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $274.64 | Total Comp/Non Comp Receipts: | $274.64 |
| Total Internal/Transfer Receipts: | $14,604.93 | Total Internal/Transfer Receipts: | $14,604.93 |
| | | | |
| Total Compensable Disbursements: | $191.48 | Total Compensable Disbursements: | $191.48 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $191.48 | Total Comp/Non Comp Disbursements: | $191.48 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |  |
|---|---|---|---|
| Case No. | 19-41293 | Trustee Name: | Douglas S. Ellmann |
| Case Name: | MOTOR CITY HOSPITAL & SURGICAL SUPPLY, INC. | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***8043 | Checking Acct #: | ******0163 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/01/2021 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 09/30/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $17,193.99 | $2,505.90 | $14,688.09 |

| For the period of 10/01/2021 to 09/30/2022 | | For the entire history of the account between 12/22/2021 to 9/30/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $320.79 | Total Compensable Receipts: | $17,193.99 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $320.79 | Total Comp/Non Comp Receipts: | $17,193.99 |
| Total Internal/Transfer Receipts: | $14,604.93 | Total Internal/Transfer Receipts: | $14,604.93 |
| | | | |
| Total Compensable Disbursements: | $234.21 | Total Compensable Disbursements: | $1,455.90 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $1,050.00 |
| Total Comp/Non Comp Disbursements: | $234.21 | Total Comp/Non Comp Disbursements: | $2,505.90 |
| Total Internal/Transfer Disbursements: | $14,604.93 | Total Internal/Transfer Disbursements: | $14,604.93 |

/s/ DOUGLAS S. ELLMANN

DOUGLAS S. ELLMANN